UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JACK D. GORR,
    Plaintiff,

vs.            CASE NO. 8:12-CIV-1960-T-EAK-TBM

CAROLYN W. COLVIN, Acting Commissioner
of Social Security,
    Defendant.
_____/

## ORDER GRANTING MOTION

This cause is before the Court on the Plaintiff's unopposed motion for award of fees and costs (Doc. 23). The Plaintiff seeks an award of $587.55 for 2012 (3.2 hours x $183.61 an hour) and $3,421.55 for 203 (18.3 hours x $186.97 and hour) for a total of $4,009.10 in attorney's fees. Accordingly, it is

**ORDERED** that the motion for award of fees and costs (Doc. 23) be **granted** and the Clerk of Court shall enter judgment for the Plaintiff in the amount of $4009.10 in attorney's fees.

**DONE and ORDERED** in Chambers, in Tampa, Florida, this 11th day of December, 2013.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to: All parties and counsel of record