# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

JACK D. GORR,
        Plaintiff,


vs.                              CASE NO. 8:12-CIV-1960-T-EAK-TBM


CAROLYN W. COLVIN,
Acting Commissioner of Social Security,
        Defendant.
_____/

## <u>ORDER GRANTING MOTION</u>

This cause is before the Court on the Plaintiff's motion for award of fees pursuant to 42 U.S.C. Section 406(b) (Doc. 28).  There has been no opposition filed to the motion.  The Plaintiff requests fees under 406(b) only, as the Plaintiff is now deceased.  The request is for $9,030.00. The Plaintiff's motion is supported and therefore the motion will be granted.  Accordingly, it is

**ORDERED** that the motion for award of fees (Doc. 28) is **granted** and the Clerk of Court is directed to enter judgment for the Plaintiff for $9,030.00 in attorney fees.

**DONE and ORDERED** in Chambers, in Tampa, Florida, this 14th day of October, 2015.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to: All parties and counsel of record